Hearing Date: November 24, 2010
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

| | | |
|---|---|---|
| In re: | §        Chapter 7 | |
| | § | |
| YACOUB, MARGRET D | §       Case No. 10-08510 | |
| | § | |
| Debtor | §      Hon. Eugene R. Wedoff | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

6. The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $____.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-08510 | ERW | Judge: Eugene R. Wedoff | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | YACOUB, MARGRET D | | | Date Filed (f) or Converted (c): 02/28/10 (f) |
| | | | | 341(a) Meeting Date: 04/15/10 |
| For Period Ending: 09/13/10 | | | | Claims Bar Date: 08/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4019 Emerson St Skokie, IL 60076 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Chase Bank | 250.00 | 0.00 | | 0.00 | FA |
| 3. Misc. household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. 401K Work retirement | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles and Other Vehicles  2003 Toyota 4Runner  -Pursuant to order of sale, Debtor waived claim for personal property exemption in the proceeds of the sale of the property | 10,225.00 | 5,000.00 | | 5,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.31 | Unknown |
| TOTALS (Excluding Unknown Values) | $316,275.00 | $5,000.00 | | $5,000.31 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's equity in an automobile back to Debtor pursuant to Court order June 8, 2010. Trustee reviewed and analyzed claims.

Initial Projected Date of Final Report (TFR):   / /        Current Projected Date of Final Report (TFR):   / /

LFORM1

**UST Form 101-7-TFR (9/1/2009)** *(Page: 3)*

Ver: 15.20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-08510 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6844 | | |
| For Period Ending: | 09/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/08/10 | 6 | Margaret Yacoub %John Nasiakos Nasiakos Law Group 7101 N. Cicero Ave, Suite 104 Lincolnwood, IL 60712 | SALE PROCEEDS: VEHICLES | 1129-000 | 5,000.00 | | 5,000.00 |
| C  06/30/10 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 5,000.06 |
| C  07/30/10 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.18 |
| C  08/31/10 | 7 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,000.31 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6396 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 5,000.00 | 0 | Checks | 0.00 |
| 3 | Interest Postings | 0.31 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 5,000.31 | | | |
| | | | | Total | $ 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 5,000.31 | | | |

LFORM2T4  UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver: 15.20

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08510 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | YACOUB, MARGRET D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6844 | | |
| For Period Ending: | 09/12/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-08510 | | Page 1 | | Date: September 12, 2010 |
| Debtor Name: | YACOUB, MARGRET D | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $1,250.00 | $0.00 | $1,250.00 |
| | Subtotal for Class Administrative | | | $1,250.00 | $0.00 | $1,250.00 |
| 000001 070 7100-00 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155<br>FAX: 303-397-4475 | Unsecured | | $6,184.13 | $0.00 | $6,184.13 |
| 000002 070 7100-00 | American Infosource for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $487.74 | $0.00 | $487.74 |
| 000003 070 7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $7,768.83 | $0.00 | $7,768.83 |
| 000004 070 7100-00 | NCO PORT MGMT for Victorias Secret<br>for Victoria's Secret<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (4-1) MONEY LOANED<br>for Victoria's Secret | $406.88 | $0.00 | $406.88 |
| 000005 070 7100-00 | NCO PORT MGMT - Dress Barn<br>for Dress Barn<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (5-1) MONEY LOANED<br>for Dress Barn | $860.42 | $0.00 | $860.42 |
| 000006 070 7100-00 | American Info Agent for Citibank SD<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $4,062.84 | $0.00 | $4,062.84 |
| 000007 070 7100-00 | American Info Agent for Citibank SD<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $54,876.93 | $0.00 | $54,876.93 |
| 000008 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,161.90 | $0.00 | $6,161.90 |
| 000009 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $20,071.82 | $0.00 | $20,071.82 |
| 000010 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,936.78 | $0.00 | $4,936.78 |
| 000011 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,535.00 | $0.00 | $5,535.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number: 10-08510
Debtor Name: YACOUB, MARGRET D

Page 2
Claim Class, Priority Sequence

Date: September 12, 2010

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $4,432.86 | $0.00 | $4,432.86 |
| 000013 070 7100-00 | GE Money Bank dba LORD & TAYLOR Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Unsecured | | $929.32 | $0.00 | $929.32 |
| 000014 070 7100-00 | NCO PORT MGMT- Room Place for Room Place POB 3001 Malvern, PA 19355-0701 | Unsecured | (14-1) MONEY LOANED for the Room Place | $13,366.54 | $0.00 | $13,366.54 |
| 000015 070 7100-00 | American Express Centurion Bank Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (15-1) CREDIT CARD DEBT | $1,237.11 | $0.00 | $1,237.11 |
| 000016 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $13,495.35 | $0.00 | $13,495.35 |
| 000017 070 7100-00 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $12,985.49 | $0.00 | $12,985.49 |
| | Subtotal for Class Unsecured | | | $157,799.94 | $0.00 | $157,799.94 |
| | Case Totals: | | | $159,049.94 | $0.00 | $159,049.94 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-08510  
Case Name: YACOUB, MARGRET D  
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

       *Reason/Applicant*  *Fees*    *Expenses*

  *Attorney for debtor:*_____ $_____ $_____

  *Attorney for:*_____ $_____ $_____

  *Accountant for:*_____ $_____ $_____

  *Appraiser for:*_____ $_____ $_____

  *Other:*_____ $_____ $_____

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

  Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *NORDSTROM fsb* | $_____ | $_____ |
| *000002* | *American Infosource for Target* | $_____ | $_____ |
| *000003* | *Discover Bank* | $_____ | $_____ |
| *000004* | *NCO PORT MGMT for Victorias Secret* | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | NCO PORT MGMT - Dress Barn | $ | $ |
| 000006 | American Info Agent for Citibank SD | $ | $ |
| 000007 | American Info Agent for Citibank SD | $ | $ |
| 000008 | Chase Bank USA, N.A. | $ | $ |
| 000009 | Chase Bank USA, N.A. | $ | $ |
| 000010 | Chase Bank USA, N.A. | $ | $ |
| 000011 | Chase Bank USA, N.A. | $ | $ |
| 000012 | Chase Bank USA, N.A. | $ | $ |
| 000013 | GE Money Bank dba LORD & TAYLOR | $ | $ |
| 000014 | NCO PORT MGMT- Room Place | $ | $ |
| 000015 | American Express Centurion Bank | $ | $ |
| 000016 | Fia Card Services, NA/Bank of America | $ | $ |
| 000017 | Fia Card Services, NA/Bank of America | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $      .