Hearing Date: November 24, 2010
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| YACOUB, MARGRET D | § | Case No. 10-08510 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on November 24, 2010
in Courtroom  744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
                                    §
YACOUB, MARGRET D                   §    Case No. 10-08510
                                    §
                                    §
         Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.31 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,000.31 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 1,250.00 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|              | *Reason/Applicant* | *Fees* | *Expenses* |
|--------------|--------------------|--------|------------|
| *Fees:*      |                    | $      | $          |
| *Other:*     |                    | $      | $          |
| *Other:*     |                    | $      | $          |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                        | *Reason/Applicant* | *Fees* | *Expenses* |
|------------------------|--------------------|--------|------------|
| *Attorney for debtor:* |                    | $      | $          |
| *Attorney for:*        |                    | $      | $          |
| *Accountant for:*      |                    | $      | $          |
| *Appraiser for:*       |                    | $      | $          |
| *Other:*               |                    | $      | $          |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
|                |            | $                       | $                  |
|                |            | $                       | $                  |
|                |            | $                       | $                  |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 157,799.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | NORDSTROM fsb | $ 6,184.13 | $ 146.97 |
| 000002 | American Infosource for Target | $ 487.74 | $ 11.59 |
| 000003 | Discover Bank | $ 7,768.83 | $ 184.64 |
| 000004 | NCO PORTFOLIO M GMT for Victorias Secret | $ 406.88 | $ 9.67 |
| 000005 | NCO PORTFOLIO M GMT for Dress Barn | $ 860.42 | $ 20.45 |
| 000006 | American Info Agent for Citibank SD | $ 4,062.84 | $ 96.56 |
| 000007 | American Info Agent for Citibank SD | $ 54,876.93 | $ 1,304.22 |
| 000008 | Chase Bank USA, N.A. | $ 6,161.90 | $ 146.45 |
| 000009 | Chase Bank USA, N.A. | $ 20,071.82 | $ 477.03 |
| 000010 | Chase Bank USA, N.A. | $ 4,936.78 | $ 117.33 |
| 000011 | Chase Bank USA, N.A. | $ 5,535.00 | $ 131.54 |
| 000012 | Chase Bank USA, N.A. | $ 4,432.86 | $ 105.35 |
| 000013 | GE Money Bank dba LORD & TAYLOR | $ 929.32 | $ 22.09 |
| 000014 | NCO PORTFOLIO M GMT for Room Place | $ 13,366.54 | $ 317.67 |
| 000015 | American Express Centurion Bank | $ 1,237.11 | $ 29.40 |
| 000016 | Fia Card Services, NA/Bank of America | $ 13,495.35 | $ 320.73 |
| 000017 | Fia Card Services, NA/Bank of America | $ 12,985.49 | $ 308.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
| --- | --- | --- | --- |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: corrinal | Date Created: 10/22/2010 |
| Case: 10−08510 | Form ID: pdf006 | Total: 69 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Margret D Yacoub | 4019 Emerson St. | Skokie, IL 60076 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500    Chicago, IL 60603 |
| aty | John Nasiakos | 7101 N Cicero | Lincolnwood, IL 60712 |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500    Chicago, IL 60603 |
| 15775016 | American Express Centurion Bank | Becket and Lee LLP    POB 3001 | Malvern, PA 19355−0701 |
| 15667301 | American Infosource Lp As Agent for | Citibank (South Dakota) N.A.    PO Box 248840 | Oklahoma City, OK 73124−8840 |
| 15605549 | American Infosource Lp As Agent for | Target    PO Box 248866 | Oklahoma City, OK 73124−8866 |
| 15181887 | Amex    P.O. Box 981537    El Paso, TX 79998 | | |
| 15181888 | Bac Home Lns Lp/Ctrywd    450 American St    Simi Valley, CA 93065 | | |
| 15181889 | Bank Of America    201 N Tryon St    Charlotte, NC 28255 | | |
| 15181891 | Bank Of America    Po Box 1598    Norfolk, VA 23501 | | |
| 15181890 | Bank Of America    Pob 17054    Wilmington, DE 19884 | | |
| 15181893 | Cap One    Po Box 85015    Richmond, VA 23285−5075 | | |
| 15181892 | Cap One    Po Box 85520    Richmond, VA 23285 | | |
| 15181894 | Cco Mortgage Corp.    2812 Emerywood Pkwy    Richmond, VA 23294 | | |
| 15181896 | Chase    4915 Independence Pkwy    Tampa, FL 33634 | | |
| 15181895 | Chase    800 Brooksedge Blvd    Westerville, OH 43081 | | |
| 15677528 | Chase Bank USA, N.A.    PO Box 15145    Wilmington, DE 19850−5145 | | |
| 15181897 | Chase Na    800 Brooksedge Blv    Westerville, OH 43081 | | |
| 15181898 | Chase/Cc    225 Chastain Meadows Ct., Nw    Kennesaw, GA 30144 | | |
| 15181899 | Citi    Po Box 6241    Sioux Falls, SD 57117 | | |
| 15181900 | Deepgreen    5800 Lombardo Center Ste 100    Seven Hills, OH 44131 | | |
| 15614895 | Discover Bank    Dfs Services LLC    PO Box 3025    New Albany, Ohio 43054−3025 | | |
| 15181901 | Discover Fin Svcs Llc    Po Box 15316    Wilmington, DE 19850 | | |
| 15181902 | Exxmblciti    Po Box 6497    Sioux Falls, SD 57117 | | |
| 15962368 | Fia Card Services, NA/Bank of America    by American Infosource Lp As Its Agent    PO Box 248809    Oklahoma City, OK 73124−8809 | | |
| 15181903 | Freedman Anselmo Lindberg &Rappe    PO Box 3228    Naperville, IL 60566 | | |
| 15181904 | Fst Bnk &Tr    820 Church Street    Evanston, IL 60201 | | |
| 15755329 | GE Money Bank dba LORD &TAYLOR    Care of Recovery Management Systems Corp    25 SE 2nd Ave Ste 1120    Miami FL 33131 | | |
| 15181905 | Gemb/Abt Tv    Po Box 981439    El Paso, TX 79998 | | |
| 15181906 | Gemb/Empire    Po Box 981439    El Paso, TX 79998 | | |
| 15181907 | Gemb/Jcp    Po Box 981402    El Paso, TX 79998 | | |
| 15181908 | Gemb/Jcp    Po Box 984100    El Paso, TX 79998 | | |
| 15181909 | Gemb/Jcp Dc    Po Box 981402    El Paso, TX 79998 | | |
| 15181910 | Gemb/L &T    Po Box 981432    El Paso, TX 79998 | | |
| 15181912 | Gemb/Lowes    P.O. Box 981400    El Paso, TX 79998 | | |
| 15181911 | Gemb/Lowes    Po Box 103065    Roswell, GA 30076 | | |
| 15181913 | Gemb/Lwsdc    Po Box 981400    El Paso, TX 79998−1400 | | |
| 15181914 | Gemb/Oldnavy    Po Box 981400    El Paso, TX 79998 | | |
| 15181915 | Gemb/Walmart    Po Box 981400    El Paso, TX 79998 | | |
| 15181916 | Gmac    P.O. Box 380901    Bloomington, MN 55438 | | |
| 15181917 | Hsbc Bank    Po Box 52530    Carol Stream, IL 60196 | | |
| 15181918 | Hsbc/Bstby    1405 Foulk Road    Wilmington, DE 19808 | | |
| 15181919 | Hsbc/Carsn    Po Box 15521    Wilmington, DE 19805 | | |
| 15181920 | Hsbc/Mnrds    90 Christiana Road    New Castle, DE 19720 | | |
| 15181921 | Lane Bryant Retail/Soa    450 Winks Ln    Bensalem, PA 19020 | | |
| 15181922 | Lord &Taylor    300 Sheffield Ctr    Lorain, OH 44055 | | |
| 15181923 | Macysdsnb    911 Duke Blvd    Mason, OH 45040 | | |
| 15181924 | Marathon Petroleum Co    539 S Main St    Findlay, OH 45840 | | |
| 15181925 | Mcydsnb    9111 Duke Blvd    Mason, OH 45040 | | |
| 15625577 | NCO PORTFOLIO MANAGEMENT    POB 3001    Malvern, PA 19355−0701 | | |
| 15625578 | NCO PORTFOLIO MANAGEMENT    POB 3001    Malvern, PA 19355−0701 | | |
| 15756522 | NCO PORTFOLIO MANAGEMENT    POB 3001    Malvern, PA 19355−0701 | | |
| 15601234 | NORDSTROM fsb    POB 6566    ENGLEWOOD CO 80155    FAX: 303−397−4475 | | |
| 15181926 | National City Card Ser    1 National City Pkwy    Kalamazoo, MI 49009 | | |
| 15181927 | Natl Cty Crd    4661 East Main St    Columbus, OH 43251 | | |
| 15181928 | Nordstrom Fsb    Po Box 6565    Englewood, CO 80155 | | |
| 15181929 | Rnb−Fields3    Po Box 9475    Minneapolis, MN 55440 | | |
| 15181930 | Saint Paul Federal Ban    1501 Feehanville Rd    Mount Prospect, IL 60056 | | |
| 15181932 | Sears/Cbsd    701 East 60th St N Po Box 6241    Sioux Falls, SD 57117 | | |
| 15181931 | Sears/Cbsd    Po Box 6189    Sioux Falls, SD 57117 | | |
| 15181933 | Thd/Cbsd    Po Box 6497    Sioux Falls, SD 57117 | | |
| 15181934 | Tnb − Target    Po Box 673    Minneapolis, MN 55440 | | |
| 15181935 | Us Bank/Na Nd    4325 17th Ave S    Fargo, ND 58125 | | |
| 15181936 | Wachovia Mortgage, Fsb    4101 Wiseman Blvd # Mc−T    San Antonio, TX 78251 | | |

| | | | |
|---|---|---|---|
| 15181937 | Washington Mutual Fa | Po Box 1093 | Northridge, CA 91328 |
| 15181938 | Wfnnb/Dress Barn | Po Box 182273 | Columbus, OH 43218 |
| 15181939 | Wfnnb/Lane Bryant | 4590 E Broad St | Columbus, OH 43213 |
| 15181940 | Wfnnb/Vctria | Po Box 182128 | Columbus, OH 43218 |

TOTAL: 69