Hearing Date: November 24, 2010
Hearing Time: 10:00 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

### UNITED STATES BANKRUPTCY COURT
#### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| YACOUB, MARGRET D | § | Case No. 10-08510 |
| | § | |
| Debtor | § | Hon. Eugene R. Wedoff |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:00 a.m.
> on November 24, 2010
> in Courtroom 744, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth Gardner_____
                                      Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
 §
YACOUB, MARGRET D § Case No. 10-08510
 §
_____Debtor(s)_____ §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 5,000.31 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 5,000.31 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: Joseph A. Baldi, Trustee* | $ 1,250.00 | $ 0.00 |
| *Attorney for trustee:* | $_____ | $_____ |
| *Appraiser:* | $_____ | $_____ |
| *Auctioneer:* | $_____ | $_____ |
| *Accountant:* | $_____ | $_____ |
| *Special Attorney for trustee:* | $_____ | $_____ |
| *Charges:* | $_____ | $_____ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|                    | Reason/Applicant | Fees | Expenses |
|--------------------|------------------|------|----------|
| *Fees:*            | _____ | $_____ | $_____ |
| *Other:*           | _____ | $_____ | $_____ |
| *Other:*           | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                       | Reason/Applicant | Fees | Expenses |
|-----------------------|------------------|------|----------|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:*        | _____ | $_____ | $_____ |
| *Accountant for:*      | _____ | $_____ | $_____ |
| *Appraiser for:*       | _____ | $_____ | $_____ |
| *Other:*               | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|----------------|------------|-------------------------|--------------------|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 157,799.94  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | NORDSTROM fsb | $ 6,184.13 | $ 146.97 |
| 000002 | American Infosource for Target | $ 487.74 | $ 11.59 |
| 000003 | Discover Bank | $ 7,768.83 | $ 184.64 |
| 000004 | NCO PORTFOLIO M GMT for Victorias Secret | $ 406.88 | $ 9.67 |
| 000005 | NCO PORTFOLIO M GMT for Dress Barn | $ 860.42 | $ 20.45 |
| 000006 | American Info Agent for Citibank SD | $ 4,062.84 | $ 96.56 |
| 000007 | American Info Agent for Citibank SD | $ 54,876.93 | $ 1,304.22 |
| 000008 | Chase Bank USA, N.A. | $ 6,161.90 | $ 146.45 |
| 000009 | Chase Bank USA, N.A. | $ 20,071.82 | $ 477.03 |
| 000010 | Chase Bank USA, N.A. | $ 4,936.78 | $ 117.33 |
| 000011 | Chase Bank USA, N.A. | $ 5,535.00 | $ 131.54 |
| 000012 | Chase Bank USA, N.A. | $ 4,432.86 | $ 105.35 |
| 000013 | GE Money Bank dba LORD & TAYLOR | $ 929.32 | $ 22.09 |
| 000014 | NCO PORTFOLIO M GMT for Room Place | $ 13,366.54 | $ 317.67 |
| 000015 | American Express Centurion Bank | $ 1,237.11 | $ 29.40 |
| 000016 | Fia Card Services, NA/Bank of America | $ 13,495.35 | $ 320.73 |
| 000017 | Fia Card Services, NA/Bank of America | $ 12,985.49 | $ 308.62 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
|  |  | $_____ | $_____ |
|  |  | $_____ | $_____ |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
|  |  | $_____ | $_____ |
|  |  | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

    Prepared By: /s/_____
                                          Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) *(Page: 6)*

Case 10-08510 Doc 35 Filed 10/25/10 Entered 10/27/10 23:48:09 Desc Imaged
Certificate of Service Page 7 of 10

Case 10-08510 Doc 32 Filed 10/25/10 Entered 10/25/10 13:48:41 Desc PDF
Final Report/Application or Notice Recipients Page 1 of 2

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: corrinal | Date Created: 10/22/2010 |
| Case: 10−08510 | Form ID: pdf006 | Total: 69 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Margret D Yacoub | 4019 Emerson St. | Skokie, IL 60076 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | John Nasiakos | 7101 N Cicero | Lincolnwood, IL 60712 | |
| aty | Joseph A Baldi | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| 15775016 | American Express Centurion Bank | Becket and Lee LLP | POB 3001 | Malvern, PA 19355−0701 |
| 15667301 | American Infosource Lp As Agent for | Citibank (South Dakota) N.A. | PO Box 248840 | Oklahoma City, OK 73124−8840 |
| 15605549 | American Infosource Lp As Agent for | Target | PO Box 248866 | Oklahoma City, OK 73124−8866 |
| 15181887 | Amex | P.O. Box 981537 | El Paso, TX 79998 | |
| 15181888 | Bac Home Lns Lp/Ctrywd | 450 American St | Simi Valley, CA 93065 | |
| 15181889 | Bank Of America | 201 N Tryon St | Charlotte, NC 28255 | |
| 15181891 | Bank Of America | Po Box 1598 | Norfolk, VA 23501 | |
| 15181890 | Bank Of America | Pob 17054 | Wilmington, DE 19884 | |
| 15181893 | Cap One | Po Box 85015 | Richmond, VA 23285−5075 | |
| 15181892 | Cap One | Po Box 85520 | Richmond, VA 23285 | |
| 15181894 | Cco Mortgage Corp. | 2812 Emerywood Pkwy | Richmond, VA 23294 | |
| 15181896 | Chase | 4915 Independence Pkwy | Tampa, FL 33634 | |
| 15181895 | Chase | 800 Brooksedge Blvd | Westerville, OH 43081 | |
| 15677528 | Chase Bank USA, N.A. | PO Box 15145 | Wilmington, DE 19850−5145 | |
| 15181897 | Chase Na | 800 Brooksedge Blv | Westerville, OH 43081 | |
| 15181898 | Chase/Cc | 225 Chastain Meadows Ct., Nw | Kennesaw, GA 30144 | |
| 15181899 | Citi | Po Box 6241 | Sioux Falls, SD 57117 | |
| 15181900 | Deepgreen | 5800 Lombardo Center Ste 100 | Seven Hills, OH 44131 | |
| 15614895 | Discover Bank | Dfs Services LLC | PO Box 3025 | New Albany, Ohio 43054−3025 |
| 15181901 | Discover Fin Svcs Llc | Po Box 15316 | Wilmington, DE 19850 | |
| 15181902 | Exxmblciti | Po Box 6497 | Sioux Falls, SD 57117 | |
| 15962368 | Fia Card Services, NA/Bank of America | by American Infosource Lp As Its Agent | PO Box 248809 | Oklahoma City, OK 73124−8809 |
| 15181903 | Freedman Anselmo Lindberg &Rappe | PO Box 3228 | Naperville, IL 60566 | |
| 15181904 | Fst Bnk &Tr | 820 Church Street | Evanston, IL 60201 | |
| 15755329 | GE Money Bank dba LORD &TAYLOR | Care of Recovery Management Systems Corp | 25 SE 2nd Ave Ste 1120 | Miami FL 33131 |
| 15181905 | Gemb/Abt Tv | Po Box 981439 | El Paso, TX 79998 | |
| 15181906 | Gemb/Empire | Po Box 981439 | El Paso, TX 79998 | |
| 15181907 | Gemb/Jcp | Po Box 981402 | El Paso, TX 79998 | |
| 15181908 | Gemb/Jcp | Po Box 984100 | El Paso, TX 79998 | |
| 15181909 | Gemb/Jcp Dc | Po Box 981402 | El Paso, TX 79998 | |
| 15181910 | Gemb/L &T | Po Box 981432 | El Paso, TX 79998 | |
| 15181912 | Gemb/Lowes | P.O. Box 981400 | El Paso, TX 79998 | |
| 15181911 | Gemb/Lowes | Po Box 103065 | Roswell, GA 30076 | |
| 15181913 | Gemb/Lwsdc | Po Box 981400 | El Paso, TX 79998−1400 | |
| 15181914 | Gemb/Oldnavy | Po Box 981400 | El Paso, TX 79998 | |
| 15181915 | Gemb/Walmart | Po Box 981400 | El Paso, TX 79998 | |
| 15181916 | Gmac | P.O. Box 380901 | Bloomington, MN 55438 | |
| 15181917 | Hsbc Bank | Po Box 52530 | Carol Stream, IL 60196 | |
| 15181918 | Hsbc/Bstby | 1405 Foulk Road | Wilmington, DE 19808 | |
| 15181919 | Hsbc/Carsn | Po Box 15521 | Wilmington, DE 19805 | |
| 15181920 | Hsbc/Mnrds | 90 Christiana Road | New Castle, DE 19720 | |
| 15181921 | Lane Bryant Retail/Soa | 450 Winks Ln | Bensalem, PA 19020 | |
| 15181922 | Lord &Taylor | 300 Sheffield Ctr | Lorain, OH 44055 | |
| 15181923 | Macysdsnb | 911 Duke Blvd | Mason, OH 45040 | |
| 15181924 | Marathon Petroleum Co | 539 S Main St | Findlay, OH 45840 | |
| 15181925 | Mcydsnb | 9111 Duke Blvd | Mason, OH 45040 | |
| 15625577 | NCO PORTFOLIO MANAGEMENT | POB 3001 | Malvern, PA 19355−0701 | |
| 15625578 | NCO PORTFOLIO MANAGEMENT | POB 3001 | Malvern, PA 19355−0701 | |
| 15756522 | NCO PORTFOLIO MANAGEMENT | POB 3001 | Malvern, PA 19355−0701 | |
| 15601234 | NORDSTROM fsb | POB 6566 | ENGLEWOOD CO 80155 | FAX: 303−397−4475 |
| 15181926 | National City Card Ser | 1 National City Pkwy | Kalamazoo, MI 49009 | |
| 15181927 | Natl Cty Crd | 4661 East Main St | Columbus, OH 43251 | |
| 15181928 | Nordstrom Fsb | Po Box 6565 | Englewood, CO 80155 | |
| 15181929 | Rnb−Fields3 | Po Box 9475 | Minneapolis, MN 55440 | |
| 15181930 | Saint Paul Federal Ban | 1501 Feehanville Rd | Mount Prospect, IL 60056 | |
| 15181932 | Sears/Cbsd | 701 East 60th St N Po Box 6241 | Sioux Falls, SD 57117 | |
| 15181931 | Sears/Cbsd | Po Box 6189 | Sioux Falls, SD 57117 | |
| 15181933 | Thd/Cbsd | Po Box 6497 | Sioux Falls, SD 57117 | |
| 15181934 | Tnb − Target | Po Box 673 | Minneapolis, MN 55440 | |
| 15181935 | Us Bank/Na Nd | 4325 17th Ave S | Fargo, ND 58125 | |
| 15181936 | Wachovia Mortgage, Fsb | 4101 Wiseman Blvd # Mc−T | San Antonio, TX 78251 | |

Case 10-08510 Doc 35 Filed 10/25/10 Entered 10/27/10 13:48:09 Desc Imaged
Certificate of Service Page 8 of 10

Case 10-08510-TOM13 Doc 32 Filed 10/25/10 Entered 10/25/10 13:43:41 Desc PDF
Final Report/Application or Notice Recipients Page 2 of 2

| | | | |
|---|---|---|---|
| 15181937 | Washington Mutual Fa | Po Box 1093 | Northridge, CA 91328 |
| 15181938 | Wfnnb/Dress Barn | Po Box 182273 | Columbus, OH 43218 |
| 15181939 | Wfnnb/Lane Bryant | 4590 E Broad St | Columbus, OH 43213 |
| 15181940 | Wfnnb/Vctria | Po Box 182128 | Columbus, OH 43218 |

TOTAL: 69

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 2                   Date Rcvd: Oct 25, 2010
Case: 10-08510                Form ID: pdf002             Total Noticed: 67


The following entities were noticed by first class mail on Oct 27, 2010.
db           +Margret D Yacoub,    4019 Emerson St.,    Skokie, IL 60076-1404
aty          +John Nasiakos,    7101 N Cicero,    Lincolnwood, IL 60712-2112
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
15775016      American Express Centurion Bank,    Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15181887     +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
15181888     +Bac Home Lns Lp/Ctrywd,    450 American St,    Simi Valley, CA 93065-6285
15181890     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
15181891     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
15181889     +Bank Of America,    201 N Tryon St,    Charlotte, NC 28202-2146
15181937    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual Fa,      Po Box 1093,    Northridge, CA 91328)
15181893     +Cap One,    Po Box 85015,    Richmond, VA 23285-5015
15181892     +Cap One,    Po Box 85520,    Richmond, VA 23285-5520
15181894     +Cco Mortgage Corp.,    2812 Emerywood Pkwy,    Richmond, VA 23294-3727
15181895     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15181896     +Chase,    4915 Independence Pkwy,    Tampa, FL 33634-7518
15677528      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15181897     +Chase Na,    800 Brooksedge Blv,    Westerville, OH 43081-2822
15181898     +Chase/Cc,    225 Chastain Meadows Ct., Nw,    Kennesaw, GA 30144-5897
15181899     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15181900     +Deepgreen,    5800 Lombardo Center Ste 100,    Seven Hills, OH 44131-2550
15181902     +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
15181903     +Freedman Anselmo Lindberg & Rappe,    PO Box 3228,    Naperville, IL 60566-3228
15181904     +Fst Bnk & Tr,    820 Church Street,    Evanston, IL 60201-3764
15181916     +Gmac,    P.O. Box 380901,    Bloomington, MN 55438-0901
15181917    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,     Po Box 52530,    Carol Stream, IL 60196)
15181918     +Hsbc/Bstby,    1405 Foulk Road,    Wilmington, DE 19803-2769
15181919     +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
15181920     +Hsbc/Mnrds,    90 Christiana Road,    New Castle, DE 19720-3118
15181921     +Lane Bryant Retail/Soa,    450 Winks Ln,    Bensalem, PA 19020-5932
15181922     +Lord & Taylor,    300 Sheffield Ctr,    Lorain, OH 44055-3129
15181923      Macysdsnb,    911 Duke Blvd,    Mason, OH 45040
15181924     +Marathon Petroleum Co,    539 S Main St,    Findlay, OH 45840-3229
15181925     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
15625577      NCO PORTFOLIO MANAGEMENT,    POB 3001,    Malvern, PA 19355-0701
15181926     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
15181927     +Natl Cty Crd,    4661 East Main St,    Columbus, OH 43251-0001
15181929     +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
15181930     +Saint Paul Federal Ban,    1501 Feehanville Rd,    Mount Prospect, IL 60056-6012
15181931     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15181932     +Sears/Cbsd,    701 East 60th St N Po Box 6241,    Sioux Falls, SD 57117-6241
15181933     +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15181934     +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
15181935    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/Na Nd,     4325 17th Ave S,    Fargo, ND 58125)
15181936     +Wachovia Mortgage, Fsb,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
15181938     +Wfnnb/Dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
15181939     +Wfnnb/Lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
15181940     +Wfnnb/Vctria,    Po Box 182128,    Columbus, OH 43218-2128

The following entities were noticed by electronic transmission on Oct 26, 2010.
15667301      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2010 01:45:00
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK 73124-8840
15605549      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2010 01:45:00
               American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
15614895      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2010 01:45:12      Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
15181901     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2010 01:45:12      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15962368      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2010 01:45:01
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
15755329     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      GE Money Bank dba LORD & TAYLOR,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15181905     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:10      Gemb/Abt Tv,    Po Box 981439,
               El Paso, TX 79998-1439
15181906     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      Gemb/Empire,    Po Box 981439,
               El Paso, TX 79998-1439
15181908     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      Gemb/Jcp,    Po Box 984100,
               El Paso, TX 79998-4100
15181907     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      Gemb/Jcp,    Po Box 981402,
               El Paso, TX 79998-1402
15181909     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      Gemb/Jcp Dc,    Po Box 981402,
               El Paso, TX 79998-1402
15181910     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11      Gemb/L & T,    Po Box 981432,
               El Paso, TX 79998-1432
```

```
District/off: 0752-1          User: corrinal            Page 2 of 2                  Date Rcvd: Oct 25, 2010
Case: 10-08510                Form ID: pdf002          Total Noticed: 67

The following entities were noticed by electronic transmission (continued)
15181912     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11     Gemb/Lowes,   P.O. Box 981400,
              El Paso, TX 79998-1400
15181911      E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:47:18     Gemb/Lowes,   Po Box 103065,
              Roswell, GA 30076
15181913      E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11     Gemb/Lwsdc,   Po Box 981400,
              El Paso, TX 79998-1400
15181914     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11     Gemb/Oldnavy,   Po Box 981400,
              El Paso, TX 79998-1400
15181915     +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2010 01:36:11     Gemb/Walmart,   Po Box 981400,
              El Paso, TX 79998-1400
15601234     +E-mail/Text: bnc@nordstrom.com                                NORDSTROM fsb,    POB 6566,
              ENGLEWOOD CO 80155-6566,    FAX: 303-397-4475
15181928     +E-mail/Text: bnc@nordstrom.com                                Nordstrom Fsb,   Po Box 6565,
              Englewood, CO 80155-6565
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15625578*      NCO PORTFOLIO MANAGEMENT,    POB 3001,   Malvern, PA 19355-0701
15756522*      NCO PORTFOLIO MANAGEMENT,    POB 3001,   Malvern, PA 19355-0701
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2010**              **Signature:**    *Joseph Speetjens*