UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                               §
                                     §
                                     §
YACOUB, MARGRET D                    §      Case No. 10-08510
                                     §
                                     §
        Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Natl Cty Crd 4661 East Main St Columbus, OH 43251 | | | | | |
| | Washington Mutual Fa Po Box 1093 Northridge, CA 91328 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

Case 10-08510    Doc 38    Filed 02/07/11    Entered 02/07/11 08:04:43    Desc Main
Document      Page 5 of 16

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Bac Home Lns Lp/Ctrywd 450 American St Simi Valley, CA 93065 | | | | | |
| | Bac Home Lns Lp/Ctrywd 450 American St Simi Valley, CA 93065 | | | | | |
| | Bank Of America 201 N Tryon St Charlotte, NC 28255 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Cap One Po Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 4915 Independence Pkwy Tampa, FL 33634 | | | | | |
| | Chase Na 800 Brooksedge Blv Westerville, OH 43081 | | | | | |
| | Chase/Cc 225 Chastain Meadows Ct., Nw Kennesaw, GA 30144 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Deepgreen 5800 Lombardo Center Ste 100 Seven Hills, OH 44131 | | | | | |
| | Exxmblciti Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Freedman Anselmo Lindberg & Rappe PO Box 3228 Naperville, IL 60566 | | | | | |
| | Fst Bnk & Tr 820 Church Street Evanston, IL 60201 | | | | | |
| | Fst Bnk & Tr 820 Church Street Evanston, IL 60201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Abt Tv Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/Empire Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Dc Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 981402 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/Lowes P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Lowes Po Box 103065 Roswell, GA 30076 | | | | | |
| | Gemb/Lwsdc Po Box 981400 El Paso, TX 79998-1400 | | | | | |
| | Gemb/Oldnavy Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gmac P.O. Box 380901 Bloomington, MN 55438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | | | | |
| | Hsbc/Bstby 1405 Foulk Road Wilmington, DE 19808 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Mnrds 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Hsbc/Mnrds 90 Christiana Road New Castle, DE 19720 | | | | | |
| | Lane Bryant Retail/Soa 450 Winks Ln Bensalem, PA 19020 | | | | | |
| | Lord & Taylor 300 Sheffield Ctr Lorain, OH 44055 | | | | | |
| | Macysdsnb 911 Duke Blvd Mason, OH 45040 | | | | | |
| | Marathon Petroleum Co 539 S Main St Findlay, OH 45840 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 |  |  |  |  |  |
|  | National City Card Ser 1 National City Pkwy Kalamazoo, MI 49009 |  |  |  |  |  |
|  | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Saint Paul Federal Ban 1501 Feehanville Rd Mount Prospect, IL 60056 |  |  |  |  |  |
|  | Sears/Cbsd 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank/Na Nd 4325 17th Ave S Fargo, ND 58125 | | | | | |
| | Wachovia Mortgage, Fsb 4101 Wiseman Blvd # Mc-T San Antonio, TX 78251 | | | | | |
| | Wfnnb/Lane Bryant 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Vctria Po Box 182128 Columbus, OH 43218 | | | | | |
| 000015 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | AMERICAN INFO AGENT FOR CITIBANK SD | | | | | |
| 000007 | AMERICAN INFO AGENT FOR CITIBANK SD | | | | | |
| 000002 | AMERICAN INFOSAGENT FOR TARGET | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000010 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000013 | GE MONEY BANK DBA LORD & TAYLOR | | | | | |
| 000005 | NCO PORTFOLIO MGMT FOR DRESS BARN | | | | | |
| 000014 | NCO PORTFOLIO MGMT FOR ROOM PLACE | | | | | |
| 000004 | NCO PORTFOLIO MGMT- VICTORIA SEC | | | | | |
| 000001 | NORDSTROM FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-08510 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | | | Date Filed (f) or Converted (c): | 02/28/10 (f) |
| | | | | 341(a) Meeting Date: | 04/15/10 |
| For Period Ending: | 01/12/11 | | | Claims Bar Date: | 08/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4019 Emerson St Skokie, IL 60076 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Chase Bank | 250.00 | 0.00 | | 0.00 | FA |
| 3. Misc. household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. 401K Work retirement | 20,000.00 | 0.00 | | 0.00 | FA |
| 6. Automobiles and Other Vehicles  2003 Toyota 4Runner  -Pursuant to order of sale, Debtor waived claim for personal property exemption in the proceeds of the sale of the property | 10,225.00 | 5,000.00 | | 5,000.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.67 | Unknown |
| TOTALS (Excluding Unknown Values) | $316,275.00 | $5,000.00 | | $5,000.67 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold Estate's equity in an automobile back to Debtor pursuant to Court order June 8, 2010. Trustee reviewed and
analyzed claims; TFR filed; final hearing schedule 11/24/10

Initial Projected Date of Final Report (TFR):  /  /     Current Projected Date of Final Report (TFR):  /  /

LFORM1        Ver: 16.01c
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08510 -ERW | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6396 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6844 | | | |
| For Period Ending: | 01/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/08/10 | 6 | Margaret Yacoub %John Nasiakos Nasiakos Law Group 7101 N. Cicero Ave, Suite 104 Lincolnwood, IL 60712 | SALE PROCEEDS: VEHICLES | 1129-000 | 5,000.00 | | 5,000.00 |
| 06/30/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 5,000.06 |
| 07/30/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.18 |
| 08/31/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 5,000.31 |
| 09/30/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.43 |
| 10/29/10 | 7 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 5,000.55 |
| 11/29/10 | 7 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 5,000.67 |
| 11/29/10 | | Transfer to Acct #*******6626 | Final Posting Transfer Transfer for final distribution | 9999-000 | | 5,000.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.67 | 5,000.67 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,000.67 | |
| Subtotal | 5,000.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,000.67 | 0.00 | |

Page Subtotals   5,000.67   5,000.67

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08510 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6626 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6844 | | |
| For Period Ending: | 01/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/29/10 | | Transfer from Acct #*******6396 | Transfer In From MMA Account | 9999-000 | 5,000.67 | | 5,000.67 |
| 11/29/10 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Transfer for final distribution trustee compensation | 2100-000 | | 1,250.00 | 3,750.67 |
| 11/29/10 | 001002 | NORDSTROM fsb<br>POB 6566<br>ENGLEWOOD CO 80155<br>FAX: 303-397-4475 | Claim 000001, Payment 2.38% | 7100-000 | | 146.99 | 3,603.68 |
| 11/29/10 | 001003 | American Infosource for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 2.38% | 7100-000 | | 11.59 | 3,592.09 |
| 11/29/10 | 001004 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000003, Payment 2.38% | 7100-000 | | 184.65 | 3,407.44 |
| 11/29/10 | 001005 | NCO PORT MGMT for Victorias Secret<br>for Victoria's Secret<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 2.38% | 7100-000 | | 9.67 | 3,397.77 |
| 11/29/10 | 001006 | NCO PORT MGMT - Dress Barn<br>for Dress Barn<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 2.38% | 7100-000 | | 20.45 | 3,377.32 |
| 11/29/10 | 001007 | American Info Agent for Citibank SD<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000006, Payment 2.38% | 7100-000 | | 96.57 | 3,280.75 |
| | | | Page Subtotals | | 5,000.67 | 1,719.92 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 10-08510 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6626  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6844 | | |
| For Period Ending: | 01/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/10 | 001008 | American Info Agent for Citibank SD<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000007, Payment 2.38% | 7100-000 | | 1,304.34 | 1,976.41 |
| 11/29/10 | 001009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000008, Payment 2.38% | 7100-000 | | 146.46 | 1,829.95 |
| 11/29/10 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 2.38% | 7100-000 | | 477.08 | 1,352.87 |
| 11/29/10 | 001011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000010, Payment 2.38% | 7100-000 | | 117.34 | 1,235.53 |
| 11/29/10 | 001012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000011, Payment 2.38% | 7100-000 | | 131.56 | 1,103.97 |
| 11/29/10 | 001013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000012, Payment 2.38% | 7100-000 | | 105.36 | 998.61 |
| 11/29/10 | 001014 | GE Money Bank dba LORD & TAYLOR<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000013, Payment 2.38% | 7100-000 | | 22.09 | 976.52 |
| 11/29/10 | 001015 | NCO PORT MGMT- Room Place<br>for Room Place<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 2.38% | 7100-000 | | 317.70 | 658.82 |
| 11/29/10 | 001016 | American Express Centurion Bank<br>Becket and Lee LLP<br>POB 3001 | Claim 000015, Payment 2.38% | 7100-000 | | 29.40 | 629.42 |

Page Subtotals          0.00          2,651.33

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 15)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-08510 -ERW | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | YACOUB, MARGRET D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6626  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6844 | | |
| For Period Ending: | 01/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/10 | 001017 | Malvern, PA 19355-0701<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 2.38% | 7100-000 | | 320.77 | 308.65 |
| 11/29/10 | 001018 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000017, Payment 2.38% | 7100-000 | | 308.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,000.67 | 5,000.67 | 0.00 |
| Less:  Bank Transfers/CD's | | 5,000.67 | 0.00 | |
| Subtotal | | 0.00 | 5,000.67 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 5,000.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6396 | 5,000.67 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********6626 | 0.00 | 5,000.67 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,000.67 | 5,000.67 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      629.42

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*